IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL CINCOSKI                                                                          PETITIONER

v.                                    Case No. 5:10-cv-341-DPM

RAY HOBBS, Director of the
Arkansas Department of Correction                                           RESPONDENT

## JUDGMENT

Cincoski's petition, *Document No. 1*, is dismissed without prejudice. A certificate of appealability is not appropriate because Cincoski has not made a substantial showing that he has been denied any constitutional right. 28 U.S.C.A. § 2253(c)(1)–(2) (West 2006).

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 Sept. 2011